**Order entered June 18, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-15-00073-CV

### ESTATE OF DAVID ANTHONY TOARMINA, DECEASED

**On Appeal from the Probate Court No. 2**
**Dallas County, Texas**
**Trial Court Cause No. PR-13-2655-2**

## ORDER

On the parties' "agreed correction of reporter's record," we ordered the court reporter to file a supplemental record containing exhibits admitted at trial but omitted from the original record. Rather than wait until the requested record was filed, the parties filed their briefs and cited, as necessary, to the "agreed correction of reporter's record." On June 17, 2015, the court reporter filed the supplemental record. In accordance with Texas Rule of Appellate Procedure 38.1 and 38.2, we **ORDER** the parties to replace all citations in their briefs to the "agreed correction of reporter's record" with citations to the supplemental record. Appellant shall file her amended brief no later than June 29, 2015 and appellee shall file his amended brief no later than July 8, 2015.

/s/    CRAIG STODDART
       JUSTICE